JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEPE'S, INC., a California corporation dba Pepe's Towing,<br><br>                    Plaintiff,<br><br>    v.<br><br>CITY OF RANCHO CUCAMONGA, charter city organized under the laws of the State of California; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, a division of the County of San Bernardino; COUNTY OF SAN BERNARDINO, a public entity; GARY ESMOND, an individual; DONNY MAHONEY, an individual; JOHN GILLISON, an individual; JAMES MARKMAN, an individual; L. DENNIS MICHAEL, an individual; LYNNE B. KENNEDY, an individual; RYAN A. HUTCHISON, an individual; KRISTINE D. SCOTT, an individual; and SAM SPAGNOLO, an individual; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 5:20-cv-02506-JGB (SPx)<br><br>Assigned to U.S. District Judge Jesus G. Bernal and U.S. Magistrate Judge Sheri Pym<br><br>**JUDGMENT**<br><br><br><br>Action Filed:  December 2, 2020 |

The Court, having concluded that there is no genuine issue as to any material fact with respect to any of the claims by Plaintiff Pepe's, Inc. dba Pepe's Towing (Plaintiff) against Defendants County of San Bernardino ("the County"), Gary Esmond, Donny Mahoney (collectively, "County Defendants"), City of Rancho Cucamonga ("the City"), and John Gillison (collectively, "City Defendants") addressed by the Motions for Summary Judgment filed by County Defendants and City Defendants, having concluded that all Defendants are entitled to judgment as a matter of law for the reasons set forth in the Court's order granting summary judgment to Defendants on all claims, and having granted the Motions,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered in favor of County Defendants and City Defendants and against Plaintiff Pepe's, Inc. dba Pepe's Towing.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that County Defendants and City Defendants shall be entitled to recover their costs of suit from Plaintiff Pepe's, Inc. dba Pepe's Towing pursuant to Federal Rules of Civil Procedure, Rule 54 and Local Rule 54-1 et seq.

The clerk is directed to enter this judgment.

Dated: September 5, 2023

Hon. Jesus G. Bernal
Judge, United States District Court